and as so modified affirmed, without costs. The bill of particulars to be furnished within ten days from service of order. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

COUGHLAN & COMPANY, INC., Respondent, v. LOUIS TUROFF, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

BERNARD STEIN, Respondent, v. NICHOLAS H. HERBERT, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

UNITED CLOAK AND SUIT DESIGNERS MUTUAL AID ASSOCIATION OF AMERICA v. MORRIS SIGMAN, Individually and as President of the INTERNATIONAL LADIES GARMENT WORKERS UNION, an Unincorporated Association Having More Than Seven Members, and Others.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LOUISE STERN and Another v. ANNA OBERWAGER.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

LILLIAN LUCIANO, Suing for Herself, etc., v. FRANK T. HARBACH and Others. (Action No. 1.) — Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

LILLIAN LUCIANO, Suing for Herself, etc., v. FRANK T. HARBACH and Others. (Action No. 2.) — Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

HAROLD W. WELLINGTON v. EDITH NORMA HUSTED WELLINGTON.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. LEO HECKER and Others.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MURRAY RICHER.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MICHAEL RUSSO.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. BENJAMIN ZEICHNER.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. DAVID HACKEN.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. SAMUEL BREINDELL.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HYMAN MONDSCHEIN.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.